JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA SOKIAZIAN, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>  Defendants. | Case No.: 2:24-cv-05419-CV (KSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [DOC. # 43]** |

On June 25, 2025, Plaintiff Alina Sokiazian and Defendant BMW Financial Services NA, LLC (the "Parties") filed a Stipulation of Dismissal with prejudice ("Stipulation") executed by them in consideration of a negotiated settlement.

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 7/7/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1